NO OPINION
No. 81809
ISSUED